UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
WENDI VAN TILBURG,                                    :
                                                      :     ORDER OF
                    Plaintiff,                        :     DISCONTINUANCE
                                                      :
        -against-                                     :     09 Civ. 4805 (SAS)
                                                      :
BMG COLUMBIA HOUSE, INC., and                         :
STEWART GOLDFARB, IN HIS                              :
INDIVIDUAL AND OFFICIAL                               :
CAPACITY,                                             :
                                                      :
                    Defendants.                       :
------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

     The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

     The Clerk of the Court is directed to close this case.

1

SO ORDERED.

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         October 5, 2009

## - Appearances -

**For Plaintiff:**

Catherine E. Anderson, Esq.
Giskan Solotaroff Anderson & Steward LLP
11 Broadway, Suite 2150
New York, New York 10004
(212) 847-8315

**For Defendants:**

Steven M. Hayes, Esq.
Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400